IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DORONAL DALE HODGE                    §

v.                                    §        CIVIL ACTION NO. 6:13cv356

DIRECTOR, TDCJ-CID                    §

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Petitioner Doronal Hodge, proceeding *pro se*, filed this application for the writ of habeas

corpus under 28 U.S.C. §2254 complaining of the legality of his conviction. This Court ordered that

the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and

(3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United

States Magistrate Judges.

Hodge was convicted on his plea of guilty of driving while intoxicated, as a habitual

offender, for which he received a sentence of 25 years in prison. In his petition, he complains that

he received ineffective assistance of counsel and that his plea of guilty was involuntary because there

was no mental evaluation done, a competency hearing was not held, there was no verbatim record

of the plea, and he was not admonished of his rights.

After review of the pleadings and evidence, including Hodge's petition, the Respondent's

answer, and the state court records, the Magistrate Judge issued a Report recommending that the

petition be denied. A copy of this Report was sent to Hodge at his last known address, return receipt

requested, but no objections have been received; accordingly, Hodge is barred from *de novo* review

by the district judge of those findings, conclusions, and recommendations and, except upon grounds

of plain error, from appellate review of the unobjected-to factual findings and legal conclusions

1

accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report of the Magistrate Judge (docket no. 14) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action be and hereby is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Petitioner Doronal Hodge is hereby DENIED a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 21st day of April, 2014.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE